**MODIFY and AFFIRM; and Opinion Filed May 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00388-CR

### CARL RAY WOOD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-54553-Y**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Carl Ray Wood appeals following his conviction for burglary of a vehicle. In a single issue, appellant contends the judgment should be modified to reflect he was convicted of a state jail felony. The State agrees the judgment should be modified as appellant asks. We modify the trial court's judgment and affirm as modified.

Appellant waived a jury and pleaded guilty to the state-jail felony offense of burglary of a vehicle with two prior convictions for burglary of a vehicle. *See* TEX. PENAL CODE ANN. § 30.04(a), (d)(2)(A) (West 2011). Appellant also pleaded true to two enhancement paragraphs that alleged prior non-state-jail felony convictions for aggravated assault with a deadly weapon

and retaliation. The two enhancement paragraphs elevated the punishment range to that of a second degree-felony. *See* TEX. PEN. CODE ANN. § 12.425(b) (West Supp. 2013). After finding appellant guilty and the enhancement paragraphs true, the trial court assessed punishment at fourteen years' imprisonment.

The judgment states the degree of appellant's offense was a second-degree felony. However, although appellant's punishment was in the second-degree felony range due to the enhancement paragraphs, the offense for which he was convicted was a state-jail felony. Thus, the judgment is incorrect. We sustain appellant's issue. We modify the judgment to show the degree of the offense is state jail felony. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.


/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130388F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARL RAY WOOD, Appellant

No. 05-13-00388-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F12-54553-Y).
Opinion delivered by Justice Lewis,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Degree of Offense" is modified to show "State Jail Felony."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered May 15, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE